UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-20778-CIV-GOLD/McALILEY

TARENCE ROBINSON,

    Plaintiff,

v.

ALUTIIQ-MELE, LLC.,

    Defendant.
_____/

## ENTRY OF FINAL JUDGMENT

TH COURT, having granted Defendant's Motion for Summary Judgment in its entirety, and in accordance with Federal Rule of Civil Procedure 58, it is the judgment of the Court that Plaintiff shall take nothing in this case. Accordingly, it is hereby ORDERED AND ADJUDGED:

1. This case is hereby DISMISSED and CLOSED.

2. All pending motions are DENIED AS MOOT.

BY COURT ORDER at Miami, Florida, this 23rd day of April, 2008.

STEVEN M. LARIMORE
CLERK OF COURT

BY: _____
JACOB HASBUN
DEPUTY CLERK

cc:
U.S. Magistrate Judge Chris M. McAliley
All Counsel of Record